**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 06-7183M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Guillermo Sarmeiento-Vega, | ) | |
| Defendant. | ) | |

This matter arises on Defendant's Second Motion To Extend Time To Indict (docket # 11), filed on August 17, 2006.

A review of the file indicates that Defendant was arrested on July 11, 2006 and charged via a Criminal Complaint the same day with Illegal Re-entry After Deportation in violation of title 8 U.S.C. § 1326(a) with a (b)(2) enhancement. Defendant filed a Motion To Extend Time To Indict on July 20, 2006 for the same reasons set forth in the second motion. The understand reluctantly granted the first motion on July 24, 2006 after reviewing the Government's Response that it had no objection and that it was in the best interests of both the Defendant and the public to grant the motion.

The Ninth Circuit has made clear that it does not favor extending the time to indict. United States v. Ramirez-Cortez, 213 F.3d 1149 (9th Cir. 2000). The Court can not grant another extension for exactly the same reasons it granted a prior extension even though the Government has not yet responded to the pending motion.

Accordingly,

**IT IS ORDERED** that Defendant's Second Motion To Extend Time To Indict (docket # 11) is **DENIED**.  The last day to timely indict Defendant remains Friday, September 15, 2006.

DATED this 17th day of August, 2006.

Lawrence O. Anderson
United States Magistrate Judge